MICHAEL CALABRIA, PETITIONER-RESPONDENT, v. LIBERTY MUTUAL INSURANCE CO., RESPONDENT-PETITIONER, MARTIN DENNIS CO., ET AL., RESPONDENTS-RESPONDENTS.

See same case below: 4 *N. J. Super.* 528.

*Mr. John W. Taylor* for the petitioner.

*Mr. Joseph P. Dunn* and *Mr. John J. Brachen, Jr.,* for the respondent Michael Calabria.

*Messrs. Cox & Walburg* and *Mr. Arthur F. Mead* for the respondent Employers Mutual of Wisconsin.

*Mr. Wilbur A. Stevens* and *Mr. Joseph Coult* for the respondent Hartford Accident and Indemnity Company.

December 12, 1949.    Granted.